IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARK ROBINSON, | : |
| | : Case No. 3:16cv00505 |
| Plaintiff, | : |
| | : District Judge Thomas M. Rose |
| vs. | : Magistrate Judge Sharon L. Ovington |
| | : |
| NANCY A. BERRYHILL, | : |
| Commissioner of the Social | : |
| Security Administration, | : |
| | : |
| Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on February 5, 2018 (Doc. #12) is ADOPTED in full;

2. The Commissioner's non-disability finding is reversed, in part, and the matter is remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for payment of benefits based on the disability onset date of May 21, 2014;

3. To the extent Plaintiff seeks benefits based on the disability onset date of June 23, 2013 until May 20, 2014, the ALJ's decision is affirmed; and

4. The case is terminated on the docket of this Court.

February 21, 2018                                             *s/Thomas M. Rose

                                                              _____
                                                              Thomas M. Rose
                                                              United States District Judge